IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>    Plaintiff,<br>v.<br>VARSHA I. PATEL, et al.,<br>    Defendants. | Case No. 18-cv-00211-MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; EXTENDING DEADLINE TO MEET IN PERSON AT SUBJECT PREMISES**<br><br>Re: Dkt. No. 37 |

On May 1, 2019, the Court ordered plaintiff Scott Johnson to show cause, in writing and no later than May 17, 2019, why defendants Ichharambhai Madhav Patel and Shantaben I. Patel should not be dismissed for failure to serve. In response thereto, plaintiff's counsel of record filed, on May 17, 2019, a declaration in which said counsel apologizes for not timely seeking a further extension to serve said defendants, states such service has now been effectuated, and submits in conjunction therewith supporting proofs of service.

The Court, having considered the above circumstances, hereby rules as follows:

1. The Order to Show Cause is hereby DISCHARGED;

2. The deadline by which the parties must meet in person at the subject premises, see General Order 56 ¶ 3, is hereby EXTENDED to July 8, 2019.

**IT IS SO ORDERED.**

Dated: May 22, 2019

MAXINE M. CHESNEY
United States District Judge